No. 21

GILL v. GILL

Ohio Appeals, 9th Dist., Summit County
No. 703. Decided April 4, 1923

413. DIVORCE AND ALIMONY—Girl can annul marriage entered into prior to reaching age of consent if she does not ratify marriage after reaching such age—Especially if there be no evidence of cohabitation after she reached 16 years.

PARDEE, J.

Epitomized Opinion

This was an action brought in Summit Common Pleas by Mary Gill to annul a marriage contract. At the time of the marriage she was slightly over 14 years of age, and the defendant, Dorsey Gill, was under 18 years of age. At the time the petition was filed Mary was under 17 years of age and brought the action by her mother. A guardian ad litum was appointed for Dorsey, the defendant.

The case was tried as an ordinary divorce case and the court dismissed the petition of the plaintiff.

The plaintiff then prosecuted error to the Court of Appeals. Since the original petition-in-error was filed the plaintiff arrived at full age and filed another petition-in-error. This second petition-in-error was duly served and a guardian ad litum appointed for the defendant.

The parties were married without the consent of their parents and lived with the plaintiff's parents until March, 1921. The record disclosed that the plaintiff was a person of good repute and that she had not cohabited with the defendant after she had arrived at the age of consent—16 years—and has not ratified the marriage in any way since she attained that age. In reversing the judgment of the lower court, the Court of Appeals held:

1. A marriage agreement entered into by a female under 14 years of age, which is not ratified after she reaches the age of 16 is invalid and may be annulled.

2. As there was no evidence to show that the plaintiff cohabited with the defendant after she reached the age of 16 years, the court erred in refusing to annul the marriage contract.

Attorneys—Holloway & Chamberlain, Akron, for plaintiff; John C. Grimm, Akron, for defendant.

---

# WEEKLY DIGEST

The Citation Figures Are to be Read: Vol. 2 Abs., No. 1, Page 8

## TABLE OF CASES

### Published in This Week's Abstract

STATE COURTS

Ohio Supreme Court

Akron (City) v Butler, 2Abs.(1)8.
Costakis v. Yorkville, °Abs.(1)5.
Curtis v. State, 2Abs.(1)9.
Goss v. Fiorini, 2Abs.(1)8.
Myers v. John Hancock Life Ins. Co. 2Abs.(1)7.
Ohio Util. Co. v. P. U. C. 2Abs.(1)10.
Scott & S. v. Columbus, 2 Abs.(1)5.
State v. Auerbach, 2Abs.(1)8.
State v. Patton, 2Abs.(1)6.
Struthers v. Sokul, 2Abs.(1)8.
Walls v Mitchell et al, 2Abs.(1)7.
Wyant v. Russell, 2Abs.(1)6.
Yutze v. Copeland, 2Abs.(1)6

Ohio Court of Appeals

Arbriate v. State, 2 Abs.(1)13.
Gill v. Gill, 2Abs.13.
Jenkins v. Coulson, 2Abs.(1)13.
Laschiasza v. Bloomington, 2Abs.(1)12.
Luft v. Borzykowski, 2Abs.(1)12.
Robbins v. State, 2Abs.(1)12.
Shreve v. Burk, 2Abs.(1)11.
Worley v. Glass, 2Abs.(1)11.

---

INDEX TO NEW CASES FILED IN SUPREME COURT THIS WEEK

Akron (Bd. Ed.) v. Cemetery, Summit, 2Abs.(1)3.
Bermont, Admr., v. Gotshall, Cuyah ga, 2Abs.(1)3.
Do. v. Swetland, Cuyahoga, °Abs.(1)3.
Do. v. B. C. Swetland, Cuyahoga, 2Abs.(1)4.
Beardsley v. Scott, Trumbull, 2Abs.(1)1.
Cleveland v. Legal News Pub. Co., Cuyahoga, 2 Abs.(1)3.
Clev. (Bd. Ed.) v Juergens, Cuyahoga, 2Abs.(1)3.
Clev. (Bd. Ed.) v. Featherstone, Cuyahoga, °Abs.(1)3.
C. C. C. & St. L. Ry. v. Lee, Huron, 2Abs (1)3.
Cook, Admr., v. Penna. Ry., Stark, 2Abs.(1)4.
Courtright v. Scrimger et, Franklin, 2Abs.(1)3.
Comrs. (Butler Co.) et v. State, 2Abs.(1)3.
Davis (Ry Agt.) v. Eaton, Crawford, 2Abs.(1)3.
DeGrott v. Skrbina, Mahoning, 2Abs (1)4.
Delassandro v. Indus. Com., Cuyahoga, 2Abs.(1)3.
Haas v. State, Lawrence, 2Abs.(1)4.
Hole &Hole v McCristy et, Mercer, 2Abs (1).
Indust. Com. v. Smith, Perry, 2Abs.(1)3.
Do. v. Olinger, Stark, 2Abs.(1)3.
Shumaker v Hoover, Tuscarawas, °Abs.(1)4.
Starr Piano Co. v. Woldman, Cuyahoga, 2Abs.(1)4.
State v. Margo, Mahoning, 2Abs.(1)4.
Wortman v. State, Jackson, 2Abs.(1)4.